■ In the Matter of SERA K. and Another, Children Alleged to be Abused and Neglected.—Order unanimously affirmed without costs for reasons stated in decision at Monroe County Family Court, Affronti, J. (Appeal from Order of Monroe County Family Court, Affronti, J.—Abuse and Neglect.) Present—Callahan, A. P. J., Denman, Green, Pine and Davis, JJ.

■ MARY J. D. SQUIRES, Appellant, v LEONARD J. SQUIRES, Respondent. (Appeal No. 1.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same Memorandum as in *Squires v Squires* ([appeal No. 2] 177 AD2d 968 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Curran, J.—Cancellation of Notice of Pendency.) Present—Callahan, A. P. J., Denman, Green, Pine and Davis, JJ.